## MOTION DOCKET

97–2527.   State ex rel. Jaynor v. Gerstenslager Co.
Franklin App. No. 96APD08–1024. On request for oral argument. Request denied.

98–1203.   State ex rel. Rothkegel v. Westlake.
Franklin App. No. 97APD04–505. On request for oral argument. Request denied.